AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  4-10-70965 MAG |
| | ) | |
| NICHOLAS GREGORY HALVORSON | ) | Charging District:  Eastern Dist. of CA Fresno |
| | ) | |
| *Defendant* | ) | Charging District's Case No.  1:10cr00449 LJO |

FILED
NOV 18 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>Eastern District of California - Fresno<br>2500 Tulare Street, Courtroom #7<br>Fresno, CA 93721 | Courtroom No.: The Honorable Sandra M. Snyder |
|---|---|---|
| | | Date and Time: November 30, 2010 at 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: November 18, 2010

*Judge's signature*

LAUREL BEELER, U.S. MAGISTRATE JUDGE
*Printed name and title*