1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  STEPHEN G. CORRIGAN (MABN 100560)
   Assistant United States Attorney
5
      1301 Clay Street Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3701
7     FAX: (510) 637-3724
      Email: stephen.corrigan@usdoj.gov
8
9  Attorneys for the United States
10

11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                         OAKLAND DIVISION
14
   UNITED STATES OF AMERICA,        )   No. ~~CR~~ 4:10-70965 MAG
15                                  )   (7:10-CR-00449-LJO)
          Plaintiff,                )
16                                  )   STIPULATION AND [~~PROPOSED~~]
       v.                           )   ORDER TO VACATE
17                                  )   NOVEMBER 29, 2010 APPEARANCE
   NICHOLAS GREGORY HALVORSON,      )   DATE
18                                  )
                                    )
19        Defendant.                )
                                    )
20  _____

21
22      The parties, through counsel of record, stipulate that defendant Nicholas Gregory Havorson's
23  appearance date of November 29, 2010, before U.S. Magistrate Judge Laurel Beeler may be
24  vacated due to defendant's scheduled appearance in the Eastern District of California on
25  //
26  //
27  //
28  //

November 30, 2010 at 1:30 p.m. before U.S. Magistrate Sandra M. Synder.

SO STIPULATED:

Date: November 22, 2010

/s/
_____
 STEPHEN G. CORRIGAN
Assistant U.S. Attorney

Date: November 22, 2010

/s/
_____
 JOYCE LEAVITT
Attorney for Defendant

SO ORDERED:

Date: 11/22/10

_____
 LAUREL BEELER
U.S. Magistrate Judge

2